*Notice: This opinion is subject to formal revision before publication in the Atlantic and Maryland Reporters. Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press.*

## DISTRICT OF COLUMBIA COURT OF APPEALS

No. 15-BS-1168

IN RE: MARGAUX D. HALL,

Respondent.                                    Board Docket No. 15-BD-038

Bar Registration No. 990435                    BDN: 62-12, et al.

BEFORE: Beckwith and Easterly, Associate Judges, and Farrell, Senior Judge.

### O R D E R
(Filed - December 10, 2015)

Upon consideration of the petition of the Board on Professional Responsibility pursuant to D.C. Bar R. XI, § 13 (c), to suspend respondent based on her claim of disability and Bar Counsel having interposed no objection thereto, it is hereby

ORDERED that respondent is indefinitely suspended from the practice of law in the District of Columbia, effective immediately, and that any pending matters be held in abeyance pursuant to D.C. Bar R. XI, § 13 (e) until further order of the court pursuant to D.C. Bar R. XI, § 13 (c). Respondent's reinstatement to the District of Columbia Bar shall be in accordance with the provisions of D.C. Bar R. XI, § 13 (g), and it is

FURTHER ORDERED that respondent's attention is drawn to the requirements of D.C. Bar R. XI, §§ 14 and 16, relating to suspended attorneys; and it is

FURTHER ORDERED that respondent shall file an affidavit in compliance with D.C. Bar R. XI, § 14 (g) with the court and the Board and shall serve a copy of the affidavit on Bar Counsel.

PER CURIAM